*E-filed 8/21/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORENS, | No. C03-05605 RMW HRL |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| LEVI STRAUSS & CO., et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another Magistrate Judge for discovery purposes.

Dated: 8/21/06

    /s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**Notice will be electronically mailed to:**

Joseph Heathcliff Ainley JAinley@popelka.com, gsimmons@popelka.com

Alicia M. Duff aliciad@blbglaw.com, kayem@blbglaw.com

Robert Gans robert@blbglaw.com, kristinas@blbglaw.com; pamelab@blbglaw.com; marenam@blbglaw.com

Robert S. Green CAND.USCOURTS@CLASSCOUNSEL.COM

Robert A. Jigarjian CAND.USCOURTS@CLASSCOUNSEL.COM

Jill Manning jmanning@kmslaw.com, rberger@kmslaw.com; tsteinberger@kmslaw.com

Blair A. Nicholas blairn@blbglaw.com, RobertG@blbglaw.com

Ira M. Press ipress@kmslaw.com, lmorris@kmslaw.com

Erin Elizabeth Schneider eschneider@gibsondunn.com

Alan Schulman alans@blbglaw.com, robert@blbglaw.com; kristinas@blbglaw.com; takeok@blbglaw.com; marenam@blbglaw.com; kayem@blbglaw.com

Austin Van Schwing aschwing@gibsondunn.com,

**A courtesy copy will be mailed to:**

Richard A. Maniskas
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Eitan Misulovin
1285 Avenue of the Americas
New York, NY 10019

Gerald H. Silk
1285 Avenue of the Americas
New York, NY 10019

Marc A. Topaz
Schiffrin & Barroway. LLP
280 King of Prussia Road
Radnor, PA 19087