| | |
|---|---|
| 1 | BERNSTEIN LITOWITZ BERGER |
|   | & GROSSMANN LLP |
| 2 | BLAIR A. NICHOLAS (Bar No. 178428) |
|   | 12481 High Bluff Drive, Suite 300 |
| 3 | San Diego, CA 92130 |
|   | Tel: (858) 793-0070 |
| 4 | Fax: (858) 793-0323 |
| 5 | KIRBY McINERNEY & SQUIRE LLP |
|   | JEFFREY SQUIRE |
| 6 | IRA M. PRESS |
|   | 830 Third Avenue, 10th Floor |
| 7 | New York, NY 10022 |
|   | Tel: (212) 371-6600 |
| 8 | Fax: (212) 751-2540 |
| 9 | Co-Lead Counsel for the Class |

*E-FILED - 10/3/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re LEVI STRAUSS & CO., SECURITIES LITIGATION | Case No. C-03-05605 RMW (HRL) And Related Cases |
|  | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE THE AMENDED COMPLAINT |
|  | Place: Courtroom 6, 4th Floor Judge: Honorable Ronald M. Whyte |

STIPULATION AND [PROPOSED] ORDER
Case No. C-03-05605 RMW (HRL)

## STIPULATION

WHEREAS, on September 11, 2007, the Court entered the Order Granting in Part and Denying in Part Motion to Dismiss Consolidated Amended Complaint (the "Order");

WHEREAS the Order: (1) denied defendants' motion to dismiss plaintiffs' § 11 claims as to those plaintiffs who purchased Levi registered bonds in the after market traceable to the April 2001 or June 2003 registration statements; (2) denied defendants' motion to dismiss plaintiffs § 15 claims; and (3) granted defendants' motion to dismiss as to plaintiffs' other claims with twenty days leave to amend;

WHEREAS, pursuant to the Order, plaintiffs' amended complaint is due on October 1, 2007;

WHEREAS, the parties have met and conferred and have jointly agreed to pursue mediation; and

WHEREAS, the parties have met and conferred and have agreed, subject to Court approval, to an extension by approximately three months for the filing of plaintiffs' amended complaint.

NOW, THEREFORE, the parties hereby STIPULATE as follows:

1.  Plaintiffs' amended complaint shall be due on January 14, 2008.

Dated: September 18, 2007

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

/s/ Blair A. Nicholas
BLAIR A. NICHOLAS

BLAIR A. NICHOLAS
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323

KIRBY McINERNEY & SQUIRE LLP
JEFFREY SQUIRE
IRA M. PRESS
830 Third Avenue, 10th Floor
New York, NY 10022
Tel:  (212) 371-6600
Fax:  (212) 751-2540

Co-Lead Counsel for the Class

| | | |
|---|---|---|
| 1 | Dated: September 18, 2007 | GIBSON, DUNN & CRUTCHER LLP |

*/s/ Scott Fink*
SCOTT FINK

SCOTT FINK
AUSTIN V. SCHWING
REBECCA JUSTICE LAZARUS
One Montgomery Street, Suite 3100
San Francisco, California 94104
Tel: (415) 393-8200
Fax: (415) 986-5309

Attorneys for Levi Strauss & Co., Philip A. Marineau, and William B. Chiasson, Peter E. Haas, Sr., Robert D. Haas, Angela Glover Blackwell, Robert E. Friedman, James C. Gaither, Peter E. Haas, Jr., Walter J. Haas, F. Warren Hellman, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan, Tully M. Friedman, and Peter A. Georgescu

### ORDER

The Court, having considered the above stipulation of the parties, and good cause appearing therefore, HEREBY ORDERS THAT:

1. Plaintiffs' amended complaint is due on January 14, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/3, 2007

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
Case No. C-03-05605 RMW (HRL)

-2-