| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | SCOTT A. FINK, SBN 083408 |
| 2 | AUSTIN V. SCHWING, SBN 211696 |
| | REBECCA JUSTICE LAZARUS, SBN 227330 |
| 3 | One Montgomery Street |
| | Suite 3100 |
| 4 | San Francisco, California 94104 |
| | Telephone: (415) 393-8200 |
| 5 | Facsimile: (415) 986-5309 |

Attorneys for Defendants
Levi Strauss & Co., Philip A. Marineau, William B. Chiasson, Gary W. Grellman, Peter E. Haas, Sr., Robert D. Haas, Angela Glover Blackwell, Robert E. Friedman, James C. Gaither, Peter E. Haas, Jr., Walter J. Haas, F. Warren Hellman, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan, Tully M. Friedman And Peter A. Georgescu

BERNSTEIN LITOWITZ BERGER
& GROSSMAN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DELANGE (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

KIRBY MCINERNEY LLP
IRA M. PRESS
830 Third Avenue, 10th Floor
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540

Co-Lead Counsel for the Class

*E-FILED - 2/28/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE LEVI STRAUSS & CO., SECURITIES LITIGATION | CASE NO. C-03-5605 RMW (HRL) And Related Cases |
| | CLASS ACTION |
| | STIPULATION AND [] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED CONSOLIDATED COMPLAINT |

1

**STIPULATION AND [] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED CONSOLIDATED COMPLAINT; CASE NO. C-03-05605 RMW (HRL)**

Courtroom: Courtroom 6, 4th Floor

Judge: Hon. Ronald M. Whyte

This Document Relates To:

ALL ACTIONS

IT IS HEREBY STIPULATED by and between plaintiff The Policeman and Firemen Retirement System of the City of Detroit and plaintiff Muzinich & Co. (collectively, "Plaintiffs") and defendants Levi Strauss & Co., Philip A. Marineau, William B. Chiasson, Gary W. Grellman, Peter E. Haas, Sr., Robert D. Haas, Angela Glover Blackwell, Robert E. Friedman, James C. Gaither, Peter E. Haas, Jr., Walter J. Haas, F. Warren Hellman, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan, Tully M. Friedman And Peter A. Georgescu (collectively, "Defendants") as follows:

1. WHEREAS, Plaintiffs filed their Second Amended Consolidated Class Action Complaint ("Second Amended Complaint") on January 14, 2008;

2. WHEREAS, absent an extension of time, Defendants would have until January 24, 2008 to file a pleading in response to the Second Amended Complaint;

3. WHEREAS, the parties have started mediating this action with former Judge Edward A. Infante;

4. WHEREAS, the parties intend to resume mediation before Judge Infante on February 5, 2008;

5. WHEREAS, given the parties' settlement discussions, the parties agree that Defendants should not respond to the Second Amended Complaint by January 24, 2008, but rather should focus mediation; and

6. WHEREAS, the parties agree that Defendants shall have 45 days from February 5, 2008 (March 21, 2008) in which to respond to the Second Amended Complaint, whether by motion or otherwise.

NOW, THEREFORE, the parties, by and through their counsel of record, stipulate that:

Defendants shall have until March 21, 2008 in which to respond to the Second Amended Complaint, whether by motion or otherwise.

Gibson, Dunn & Crutcher LLP

**STIPULATION AND [] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED CONSOLIDATED COMPLAINT; CASE NO. C-03-05605 RMW (HRL)**

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED: January 22, 2008 |

                            GIBSON, DUNN & CRUTCHER LLP
SCOTT A. FINK
AUSTIN V. SCHWING
REBECCA JUSTICE LAZARUS

By: /s/ Scott A. Fink
                Scott A. Fink

Attorneys for Defendants
LEVI STRAUSS & CO., PHILIP A. MARINEAU, WILLIAM B. CHIASSON, GARY W. GRELLMAN, PETER E. HAAS, SR., ROBERT D. HAAS, ANGELA GLOVER BLACKWELL, ROBERT E. FRIEDMAN, JAMES C. GAITHER, PETER E. HAAS, JR., WALTER J. HAAS, F. WARREN HELLMAN, PATRICIA SALAS PINEDA, T. GARY ROGERS, G. CRAIG SULLIVAN, TULLY M. FRIEDMAN AND PETER A. GEORGESCU

DATED: January 22, 2008

BLAIR A. NICHOLAS
TIMOTHY A. DELANGE

By: /s/ Blair A. Nicholas
                Blair A. Nicholas

IRA M. PRESS

Co-Lead Counsel for Class

**[] ORDER**

DATED: __2/28__, 2008

PURSUANT TO STIPULATION, IT IS SO ORDERED

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

100370951_1.DOC

3

**STIPULATION AND [] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED CONSOLIDATED COMPLAINT; CASE NO. C-03-05605 RMW (HRL)**