GIBSON, DUNN & CRUTCHER LLP
SCOTT A. FINK, SBN 083408
AUSTIN V. SCHWING, SBN 211696
REBECCA JUSTICE LAZARUS, SBN 227330
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendants
Levi Strauss & Co., Philip A. Marineau, William B. Chiasson, Gary W. Grellman, Peter E. Haas, Sr., Robert D. Haas, Angela Glover Blackwell, Robert E. Friedman, James C. Gaither, Peter E. Haas, Jr., Walter J. Haas, F. Warren Hellman, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan, Tully M. Friedman And Peter A. Georgescu

*E-FILED - 2/28/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE LEVI STRAUSS & CO., SECURITIES LITIGATION | CASE NO. C-03-5605 RMW (HRL) And Related Cases |
| | CLASS ACTION |
| | **STIPULATION AND [] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED CONSOLIDATED COMPLAINT IN LIGHT OF PENDING SETTLEMENT** |
| | Courtroom: Courtroom 6, 4th Floor |
| | Judge: Hon. Ronald M. Whyte |
| This Document Relates To: ALL ACTIONS | |

IT IS HEREBY STIPULATED by and between plaintiff The Policeman and Firemen Retirement System of the City of Detroit and plaintiff Muzinich & Co. (collectively, "Plaintiffs") and

1

**STIPULATION AND [] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED CONSOLIDATED COMPLAINT IN LIGHT OF PENDING SETTLEMENT; CASE NO. C-03-05605 RMW (HRL)**

defendants Levi Strauss & Co., Philip A. Marineau, William B. Chiasson, Gary W. Grellman, Peter E. Haas, Sr., Robert D. Haas, Angela Glover Blackwell, Robert E. Friedman, James C. Gaither, Peter E. Haas, Jr., Walter J. Haas, F. Warren Hellman, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan, Tully M. Friedman And Peter A. Georgescu (collectively, "Defendants") as follows:

WHEREAS:

1. Plaintiffs filed their Second Amended Consolidated Class Action Complaint ("Second Amended Complaint") on January 14, 2008;

2. The parties previously filed a stipulation and proposed order with this Court indicating that they were engaged in mediation of this action with former Judge Edward A. Infante and extending the time for Defendants to respond to the Second Amended Complaint from January 24, 2008 to March 21, 2008 in order to allow the parties to focus on the mediation;

3. The parties have agreed to settle this action and are in the process of documenting that settlement;

4. The parties agree that Defendants need not respond to the Second Amended Complaint, given the pending settlement of this action, until further order by the Court.

NOW, THEREFORE, the parties, by and through their counsel of record, stipulate that:

Defendants need not respond to the Second Amended Complaint, whether by motion or otherwise, until further order by the Court.

IT IS SO STIPULATED.

DATED: February 22, 2008

> GIBSON, DUNN & CRUTCHER LLP
> SCOTT A. FINK
> AUSTIN V. SCHWING
> REBECCA JUSTICE LAZARUS
>
> By: /s/ Scott A. Fink
>      Scott A. Fink
>
> Attorneys for Defendants
> LEVI STRAUSS & CO., PHILIP A. MARINEAU,
> WILLIAM B. CHIASSON, GARY W. GRELLMAN,
> PETER E. HAAS, SR., ROBERT D. HAAS, ANGELA

2

Gibson, Dunn & Crutcher LLP

**STIPULATION AND [] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED CONSOLIDATED COMPLAINT IN LIGHT OF PENDING SETTLEMENT; CASE NO. C-03-05605 RMW (HRL)**

| | |
|---|---|
| 1 | GLOVER BLACKWELL, ROBERT E. FRIEDMAN, JAMES C. GAITHER, PETER E. HAAS, JR., WALTER J. HAAS, F. WARREN HELLMAN, PATRICIA SALAS PINEDA, T. GARY ROGERS, G. CRAIG SULLIVAN, TULLY M. FRIEDMAN AND PETER A. GEORGESCU |

DATED: February 22, 2008

BERNSTEIN LITOWITZ BERGER
& GROSSMAN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DELANGE (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

KIRBY MCINERNEY LLP
IRA M. PRESS
830 Third Avenue, 10th Floor
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540

Co-Lead Counsel for the Class

By: /s/ Blair A. Nicholas
        Blair A. Nicholas

**[] ORDER**

DATED: __2/28_____, 2008

PURSUANT TO STIPULATION, IT IS SO ORDERED

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

100395171_1.DOC

3

**STIPULATION AND [ ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED CONSOLIDATED COMPLAINT IN LIGHT OF PENDING SETTLEMENT; CASE NO. C-03-05605 RMW (HRL)**

Gibson, Dunn & Crutcher LLP